■ In the Matter of RODNEY THOMAS, Petitioner, v. IRVING LANG, Respondent.— Application for an order, pursuant to article 78 of the CPLR, in the nature of mandamus, unanimously denied, and the petition dismissed, without costs and without disbursements. The Chief Clerk of the Criminal Term of the Supreme Court, New York County, is directed to forward a copy of the commitment papers re Indictment No. 782-71 to the Department of Correctional Services. No opinion. Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.

■ In the Matter of PEDRO LOPEZ, Petitioner, v. JUSTICES OF THE SUPREME COURT OF NEW YORK COUNTY, Respondents.— Application for an order, pursuant to article 78 of the CPLR dismissing Indictment No. 6999/72, Supreme Court, New York County, and for other relief, denied and the petition dismissed, without costs and without disbursements. Nunez, J. dissents and would grant the petition dismissing Indictment No. 6999/72. No opinion. Concur — McGivern, P. J., Markewich, Kupferman and Lane, JJ.

■ In the Matter of VITO PASTORE, Petitioner, v. BURTON ROBERTS, Respondent.—Proceeding under article 78 of the CPLR in the nature of prohibition and mandamus prohibiting respondent from entering a judgment of conviction on his own verdict and requiring that respondent grant petitioner's motion to set aside his own verdict in a criminal action. Prohibition shall not issue where alleged error may be corrected by way of appeal. (*Matter of Kellog* v. *Supreme Court, County of Queens*, 36 A D 2d 841, affd. 29 N Y 2d 615.) Application of petitioner unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.

■ In the Matter of HERBERT B. THAU, an Attorney.— Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Murphy, J. P., Steuer, Tilzer, Capozzoli and Lane, JJ.